42 A.3d 155

IN THE MATTER OF JOSEPH T. MONGELLI, AN ATTORNEY AT LAW (ATTORNEY NO. 004651990).

May 9, 2012.

## ORDER

**JOSEPH T. MONGELLI,** formerly of **ELMWOOD PARK,** who was admitted to the bar of this State in 1990, having pleaded guilty in the Supreme Court of the State of New York to one

count of third-degree Grand Larceny, in violation of Penal Law § 155.35(6), Securities Fraud, in violation of General Business Law § 352–C(6), and one Count of first-degree Scheme to Defraud, in violation of Penal Law § 190.65(1)(b);

And **JOSEPH T. MONGELLI** having consented through counsel to his temporary suspension from the practice of law pending the conclusion of ethics proceedings in this matter;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSEPH T. MONGELLI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOSEPH T. MONGELLI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH T. MONGELLI** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.